# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128216 & (14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 128216
                                       COA: 260444
                                       Wayne CC: 95-014001-01

LAMAR CAMPBELL,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for bond is also considered, and it is DENIED.



s1024

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk